NOT FOR PUBLICATION

**FILED**

UNITED STATES COURT OF APPEALS

APR 29 2016

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 14-10117 |
| Plaintiff - Appellee, | D.C. No. 2:13-cr-00897-GMS |
| v. | |
| ADOLFO RAMIREZ-NUNEZ, a.k.a. Jorge Campos, a.k.a. Adolfo Ramirez, a.k.a. Manuel Rodriguez, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Arizona
G. Murray Snow, District Judge, Presiding

Submitted April 26, 2016[**]

Before:     McKEOWN, WARDLAW, and PAEZ, Circuit Judges.

Adolfo Ramirez-Nunez appeals from the district court's judgment and

challenges the 46-month sentence imposed following his jury-trial conviction for

reentry of a removed alien, in violation of 8 U.S.C. § 1326.   We have jurisdiction

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.   *See* Fed. R. App. P. 34(a)(2).

under 28 U.S.C. § 1291, and we affirm.

Ramirez-Nunez contends that the district court erred by denying him a two-level adjustment for acceptance of responsibility under U.S.S.G. § 3E1.1(a). The district court did not clearly err in determining that Ramirez-Nunez was not entitled to the adjustment because he put the government to its burden of proof at trial, denied knowingly entering the United States, and failed to demonstrate the requisite contrition at sentencing. *See* U.S.S.G. § 3E1.1 cmt. n.2; *United States v. Osinger*, 753 F.3d 939, 948-49 (9th Cir. 2014).

**AFFIRMED.**